# CHICAGO PUBLIC SCHOOLS PROPERTY LISTING

RISK MANAGEMENT 4-30-01

**08 C 986**
**JUDGE SHADUR**
**MAGISTRATE JUDGE ASHMAN**

| Line | Unit | Region | DESCRIPTION | ADDRESS | Date | Type | Height | OCCUPANCY | Status | Notation | AREA | VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | 4320 | 4 | Cardenas | 2345 S. MILLARD | 1973 | FR | 3 | School | | | 45,300 | $ |
| 111 | 4320 | 4 | Cardenas Annex | 2345 S. MILLARD | 1903,14 | FR | 2 | School Addition | | | 76,260 | $ 7 |
| 112 | 4321 | 4 | Cardenas Branch | 2406 S. CENTRAL PARK | 1989 | FR | 2 | School Branch | | | 20,040 | $ 12 |
| 113 | 2630 | 5 | Carnegie A. | | | | | | | | | $ 3 |
| 114 | 2630 | 5 | Carnegie A. | 1414 E. 61st ST (6132S) 37 | 1957, 1996 | FR | 2 | School | | | 47,930 | $ |
| 115 | 2640 | 2 | Carpenter | 1414 E. 61st ST (6132S) 37 | 2001 | FR | 2 | School | | | 41,250 | $ |
| 116 | 2650 | 6 | Carroll School - Rosenwald | 13,0550 W. ERIE | 1957 | FR | 1 | School | | | 86,768 | $ |
| 117 | 2660 | 5 | Carson, R New | 2929 W. 83rd St. | 1958 | FR | 2 | School | | | 23,838 | $ |
| 118 | 2660 | 5 | Carson, R. | 2550 W. 56th ST. (5600S)29 | 1844 | FR | 3 | School | | | 75,467 | $ |
| 119 | 2670 | 5 | Carter* | 5518 S. MAPLEWOOD (2552W) 1917 | | FR | 1 | Primary School | | | 63,100 | $ 10 |
| 120 | 2690 | 6 | Carver G.W. A BUILDING | 5740 S. MICHIGAN | 1913,49 | FR | 1 | Primary School | | | 81,051 | $ |
| 121 | 2690 | 6 | Carver G.W. B BUILDING | 13243 S. CORLISS | 1844 | FR | 1 | Primary School | | | 22,000 | $ 11,00 |
| 122 | 2690 | 6 | Carver G.W. C BUILDING | 13335 S. CORLISS | 1844 | FR | 3 | Middle School | | | 22,000 | $ 2,96 |
| 123 | 2690 | 6 | Carver G.W. E BUILDING | 901 E. 132nd PL | | FR | 2 | Main School | | | 22,000 | $ 3,06 |
| 124 | 2690 | 6 | Carver G.W. F BUILDING | 991 E. 133rd PL | 1955 | FR | 1 | Child Parent CTR. | | | 139,000 | $ 9,90 |
| 125 | 2691 | 6 | Carver G.W. D Wheatley CPC | 902 E. 133rd PL | 1955 | FR | 1 | High School | | | 67,915 | $ 22, |
| 126 | 1850 | 2 | Carver Military Academy | 13100 S. DOTY | 1955 | FR | 1 | School | | | 22,000 | $ 10, |
| 127 | 4290 | 6 | Casals | 3501 W. POTOMAC | 1989 | FR | 1 | School Addition | | | 418,065 | $ |
| 28 | 2720 | 6 | Cassell | 11314 S. SPAULDING | 1960 | FR | 2 | School | | | 69,197 | $ 66, |
| 29 | 2720 | 6 | Cassell | 11314 S. SPAULDING | 1996 | FR | 1 | School | | | 18,600 | $ 11,00 |
| 130 | 6730 | 3 | Cather* | 2908 W. WASHINGTON BLVD | 1963 | FR | 3 | Special Education | | | 19,250 | $ 2,96 |
| 131 | 2740 | 3 | Chalmers* | 2745 W. ROOSEVELT RD | 1959,63 | FR | 2 | School | | | 62,810 | $ 3,06 |
| 132 | 2750 | 1 | Chappell | 5145 N. LEAVITT | 1837,53 | FR | 1 | School | | | 68,770 | $ 9,90 |
| 133 | 2760 | 5 | Chase S.P. | 2021 N. Point St. | 1894 | OR | 3 | School Addition | | | 34,345 | $ 10,94 |
| 134 | 2761 | 5 | Chase SP Annex | 2021 N. Point St. | 1891 | FR | 3 | School Annex | | | 48,000 | $ 5,49 |
| 135 | 5640 | 4 | Chavez | 4747 S. MARSHFIELD | 1993 | FR | 3 | School | | | 38,102 | $ 7,64 |
| 136 | 6561 | 6 | Chavez Resource Center | 4946 S PAULINA | 1998 purchase | FR | 2 | High School | Was Blessed Virgin Mary | | 57,200 | $ 9,10 |
| 137 | 1790 | 4 | Chicago Agricultural (H/S) | 3807 W. 111th ST | 1957,87,96 | FR | 3 | High School | | | 20,919 | $ 3,33 |
| 138 | 1790 | 4 | Chicago Agricultural (H/S) | 3807 W. 111th ST | 1997 | | | High School | Bronzeville ROTC | | 35,400 | $ 6,308 |
| 139 | 1800 | 6 | Chicago Military Academy(H/S) | 3519 S. Giles | 1915/1999 | FR | 3B | High School | | | 153,400 | $ 27,335 |
| 140 | 1770 | 4 | Chicago Voc. (H/S) | 2100 E. 87th ST | 1941,43 | FR | 3 | School | | | 90,000 | $ 16,036 |
| 141 | 2770 | 4 | Choplin | 2450 W. RICE | 1917 | FR | 1 | School | | | 749,415 | $ 133,545, |
| 142 | 2780 | 1 | Christopher Addition | 5042 S. ARTESIAN | 1927,75 | FR | 2 | Special Education | | | 96,000 | $ 15,284, |
| 143 | 2230 | 3 | Clark G.R. | 1045 S. MONITOR | 1927, 1996 | FR | 2 | School Addition | | | 79,612 | $ 12,675 |
| 144 | 2230 | 3 | Clark G.R. | 1045 S. MONITOR | 1996 | FR | 3B | Middle School | | | 10,187 | $ 1,62 |
| 145 | 6620 | 1 | Clark Middle Addition | 5101 W. HARRISON ST | 1972, 1996 | FR | 2 | School | | | 35,000 | $ 5,57 |
| 146 | 2790 | 6 | Clay | 13231 S. BURLEY | 1917,29 | FR | 8 | Preschool | | | 197,593 | $ 31,458, |
| 147 | 2790 | 6 | Clay Daycare | 13425 S. BALTIMORE | 1968 | FR | 4 | High School | Purchased 3-1-2001 | | 82,750 | $ 13,174, |
| 148 | 1840 | 2 | Clemente Comm(H/S) | 1147 N. WESTERN | 1974 | FR | 2 | School Addition | | | 3,670 | $ 259, |
| 149 | 2800 | 2 | Cleveland | 313,051 W. BYRON | 1910 | FR | 3 | Branch | Leased | | 342,680 | $ 61,065, |
| 150 | 2810 | 1 | Clinton D. | 6110 N. FAIRFIELD | 1826,53 | FR | 4 | School | | | 99,000 | $ 15,761,79 |
| 151 | 2810 | 1 | Clinton D. (Branch) | 6110 N. Fairfield Av. | 1996 | OR/FR | 2 | School | | | 121,064 | $ 19,274,58 |
| 152 | 2811 | 1 | Cockrell C.P.C. Br. Of Ross | 8328 N. Washtenaw | c. 1920 | OR/FR | 3B | School | | | 35,100 | $ 5,588,62 |
| | 2820 | 1 | ADDITION | 2350 W. 110 PL | 1830,38 | FR | 2 | Child/Parent Ctr | | | 25,484 | $ 332,5 |
| 5651 | | | | 30 E. 61 ST | 1975 | FR | 1 | Child/Parent Ctr | | | 67,187 | $ 18,765,76 |
| 155 | 7191 | 5 | Cole N. | 1441 W. | | FR | | School | | | 14,484 | $ 10,696,84 |
| 156 | 6170 | 3 | Coleman, Johnnie Academy | 8441 S. YATES (2400E) 17 | 1999 | FR | 2 | School | In Melody | | - | $ 2,305,99 |
| 157 | 2830 | 6 | Coles E. | 1313 S. SACRAMENTO BLVD | 1926,72 | FR | 3B | High School-PBC | | Purchase Christ Universal Temple seller | 36,100 | $ 5,747,48 |
| 158 | 1880 | 6 | Collins (H/S)* | 4655 S. DEARBORN | 1976 | FR | 3 | School | | | 88,350 | $ 14,066,22 |
| 159 | 2840 | 3 | Colman | 1003 N. LEAVITT | 1822,41,71 | FR | 3 | School | | | 210,050 | $ 37,430,910 |
| 160 | 2910 | 3 | Columbus | 6150 S. BISHOP | 1911 | FR | 2B | School | | | 131,510 | $ 20,937,707 |
| 161 | 1860 | 5 | Cook | 4046 N. LEAVITT | 1925,29,73 | FR | 3 | School | | | 40,919 | $ 6,514,714 |
| 162 | 2880 | 5 | Cooley | 1624 W. 19TH ST | 1902,06,57 | OR/FR | 3B | School | Orozco school | | 117,868 | $ 18,765,762 |
| 163 | 2890 | 4 | Cooper Dual Language Academy S. | 1645 W. 18TH PLACE | 1865,1903,11 | OR/FR | 2 | School | Adalbert | | 76,767 | $ 12,222,074 |
| 164 | 2890 | 3 | Cooper Dual Language Academy N | 1641 W. 18TH ST | 1962 | FR | 3B | Branch | | | 60,600 | $ 9,646,126 |
| 165 | 2900 | 5 | Copemicus | 6010 S. THROOP | c,1900 | FR | 1 | School | | | 69,210 | $ 11,018,924 |
| 166 | 2910 | 4 | Copernicus Branch | 2510 S. KILDARE | 1905,07 | FR | 1 | Lunchroom | | | 19,344 | $ 252,439 |
| 167 | 2910 | 4 | Corkery | 2510 S. KILDARE | 1993 | FR | 4 | School | | | 78,776 | $ 12,541,927 |
| 168 | 1860 | 5 | Corkery | 821 E. 103rd ST | 1911 | FR | 2B | High School-PBC | | | 4,378 | $ 697,02 |
| 169 | 3410 | 6 | Corliss (H/S)* | 751 S. SACRAMENTO BLVD | 1874 | FR | | School | Was Corporate School | | 68,000 | $ 10,826,280 |
| 170 | 7910 | 3 | Corporale./Kellman | 1728 W. BERTEAU | 1954 | FR | 3 | School | | | 269,878 | $ 48,092,260 |
| 171 | 7910 | 3 | Courtenay Spec. Ed. | 1949 | | | | | | | 25,000 | $ 3,980,250 |
| 172 | 1270 | 3 | Crane (H/S)* | 2245 W. JACKSON BLVD | 1923,78 | FR | 4 | High School | | | 27,150 | $ 4,322,552 |
| | | | | | | | | | | | 427,000 | $ 76,091,400 |

**EXHIBIT 2**