## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

North American Elite Insurance Company

                          Plaintiff,

v.                                                        Case No.: 1:08−cv−00986

                                                                  Honorable Milton I. Shadur

Board Of Education City Of Chicago

                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. On or before March 7, 2008 North American is ordered to file either a statement (1) that no other insurer also has some stake in this action (whether through reinsurance or otherwise) or, if such is not the case, (2) that identifies all other insurers that have any such interest, coupled with an identification of the states of citizenship of each such other insurer.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.