```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

NORTH AMERICAN ELITE INSURANCE     )
COMPANY,                           )
                                   )
               Plaintiff,          )
                                   )
     v.                            )    No.  08 C 986
                                   )
BOARD OF EDUCATION CITY OF CHICAGO,)
                                   )
               Defendant.          )
```

MEMORANDUM ORDER

This newly-filed action by North American Elite Insurance Company ("North American") against Board of Education City of Chicago has been assigned to this Court's calendar, resulting in the issuance of this Court's customary initial scheduling order. One added matter requires attention in the interim, however, because North American pegs federal jurisdiction in diversity-of-citizenship terms.

On or before March 7, 2008 North American is ordered to file either a statement (1) that no other insurer also has some stake in this action (whether through reinsurance or otherwise) or, if such is not the case, (2) that identifies all other insurers that have any such interest, coupled with an identification of the states of citizenship of each such other insurer.

_____
Milton I. Shadur
Senior United States District Judge

Date:  February 20, 2008