182-7833                    TAC:MTC              ARDC# 3122259

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| NORTH AMERICAN ELITE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08 CV 986 |
| | ) | |
| BOARD OF EDUCATION CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF, NORTH AMERICAN ELITE INSURANCE COMPANY'S STATEMENT IN RESPONSE TO THIS COURT'S MEMORANDUM ORDER OF FEBRUARY 20, 2008**

This Court entered a Memorandum Order of February 20, 2008 requesting information regarding other potential insurers who have an interest in this action in order to determine any impact to the existing diversity of citizenship federal jurisdiction.

In response to the Memorandum Order, the Plaintiff, North American Elite Insurance Company, represents to this Court that the only other insurer that has any potential interest in this action is its re-insurer, Swiss Re America, which is domiciled in and is a citizen of the State of New York. Plaintiff, North American Elite Insurance Company has no information or knowledge of any other insurers with any stake in this action.

Respectfully submitted,

BULLARO & CARTON, P.C.
By: /s/ Thomas A. Carton
        Thomas A. Carton

200 N. LaSalle Street
Suite #2500
Chicago, Illinois 60601
Phone: (312) 831-1000