U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 986 |
|---|---|
| North Américan Elite Insurance Company, Plaintiff v. | Judge Shadur |
| Board of Education of the City of Chicago, Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BOARD OF EDUCATION OF THE CITY OF CHICAGO

| NAME (Type or print) |
|---|
| Sunil Kumar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Sunil Kumar |
| FIRM |
| Board of Education of the City of Chicago |
| STREET ADDRESS |
| 125 South Clark Street, Suite 700 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6229651 | 773-553-1700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐