# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: 08 C 896 |
| North American Elite Insurance Company | |
| v. Board of Education of the City of Chicago | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant BOARD OF EDUCATION OF THE CITY OF CHICAGO

| |
|---|
| NAME (Type or print) <br> WILLIAM A. MORGAN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ William A. Morgan |
| FIRM <br> Board of Education of the City of Chicago, Law Department |
| STREET ADDRESS <br> 125 S. Clark Street, 7th Floor |
| CITY/STATE/ZIP <br> Chicago IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6183361 | TELEPHONE NUMBER <br> 773-553-1700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐