THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| North American Insurance Company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) No. 08 C 986 |
| v. | )<br>) |
| | ) Judge Shadur |
| Board of Education of the City of Chicago, | )<br>) Magistrate Judge Ashman<br>)<br>) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO EXTEND THE TIME TO FILE
ITS ANSWER OR OTHER RESPONSIVE PLEADING**

Defendant Chicago Board of Education ("Board"), by its attorneys, and pursuant to Fed. R. Civ. P. 6(b), moves for an extension of time to answer the Complaint or otherwise plead. In support of its motion, defendant Board states as follows:

1. The Board was served with plaintiff's complaint on March 12, 2008, and thus its answer or other responsive pleading is due on or before April 1, 2008.

2. The Board's counsel has not been able to fully and thoroughly investigate plaintiff's allegations against it to prepare the appropriate answer or other responsive pleading within the time allowed for the following reasons:

> (a) the Board employee with the most knowledge of the matters alleged in the Complaint, Eileen Ryan, was out of the country from March 11, 2008 through March 25, 2008;

> (b) the Board's files relating to the insurance coverage dispute at issue in the Complaint are in storage, and while these files have been ordered, the undersigned does not expect to will receive them before March 28, 2008.

(c) the undersigned and his wife have a previously scheduled vacation out of state between April 8 and April 13, 2008.

3. To prepare and file the appropriate responsive pleading, defendant Board respectfully requests that the court allow it until April 21, 2008 to file that pleading.

4. This motion is not filed for the purpose of unduly delaying the resolution of this matter.

5. The undersigned telephoned Plaintiff's counsel on March 26, 2008, and attorney Matthew Carton confirmed by phone and e-mail that Plaintiff has no objection to the Board's request for an extension of time.

6. No harm or prejudice will result to plaintiff by the court's granting of this motion.

**WHEREFORE**, defendant Board respectfully requests that the court extend the time for it to answer or otherwise plead to plaintiff's complaint, to April 21, 2008.

Respectfully submitted,

s/William A. Morgan
William A. Morgan

Board of Education of the City of Chicago
125 S. Clark Street, 7th Floor
Chicago, Illinois 60603
Phone: (773) 553-1700
Fax: (773) 553-1701
ARDC#6183361

## CERTIFICATE OF SERVICE

    I, William Morgan, an attorney do hereby certify that I caused the attached **Defendant's Motion To Extend The Time to File Its Answer Or Other Responsive Pleading** to be served upon counsel of record *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 27th day of March, 2008.

                                  s/William A. Morgan
                                  William A. Morgan