THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| North American Insurance Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 986 |
| v. ) | |
| ) | Judge Shadur |
| Board of Education of the City of ) | |
| Chicago, ) | Magistrate Judge Ashman |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:　Thomas A. Carton
　　　Bullaro & Carton, P.C.
　　　200 North LaSalle Street, Suite 2500
　　　Chicago, Illinois 60601

　　　**PLEASE TAKE NOTICE** that I shall appear before the Honorable Judge Shadur, or before such other Judge sitting in her place and stead, on **Tuesday**, the **1st** day of **April, 2008** at **9:15 a.m.**, or as soon thereafter as counsel may be heard and present the attached **DEFENDANT'S MOTION TO EXTEND THE TIME TO FILE ITS ANSWER OR OTHER RESPONSIVE PLEADING**, which I have filed today with Clerk of the United State District Court for the Northern District of Illinois.

　　　Dated at Chicago, Illinois this 27th day of March, 2008.

　　　　　　　　　　　Respectively submitted,
　　　　　　　　　　　Patrick J. Rocks
　　　　　　　　　　　General Counsel

　　　　　BY:　s/William A. Morgan
　　　　　　　　Williams A. Morgan
　　　　　　　　Associate General Counsel
　　　　　　　　Board of Education of the City of Chicago
　　　　　　　　125 South Clark Street, Suite 700
　　　　　　　　Chicago, Illinois 60603
　　　　　　　　(773) 553-1700

## CERTIFICATE OF SERVICE

  I, William Morgan, an attorney do hereby certify that I caused the attached **Notice of Motion** to be served upon counsel of record *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 27th day of March, 2008.

               <u>s/William A. Morgan</u>
               William A. Morgan