UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

North American Elite Insurance Company
          Plaintiff,

v.           Case No.: 1:08−cv−00986
          Honorable Milton I. Shadur

Board Of Education City Of Chicago
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 28, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Motion for extension of time to answer or otherwise plead to April 21, 2008 [12] is granted. The April 4 status date is vacated. Status hearing reset for 4/30/2008 at 09:00 AM.)Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.