182-7833                     TAC/MTC                     #91438

### IN THE UNITED STAES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

NORTH AMERICAN ELITE INSURANCE )
COMPANY, )
 )
      Plaintiff, )
 )
      v. )  No.: 08 C 986
 )  Judge Shadur
BOARD OF EDUCATION CITY OF )
CHICAGO, )
 )
      Defendant. )

### NOTICE OF FILING

TO:    William A. Morgan
          Board of Education City of Chicago
          Chicago, IL

      On July 2, 2008, I shall cause to be filed with the Clerk of the Circuit Court of Cook County, Richard J. Daley Center, Chicago, Illinois, the parties **Stipulation to Dismiss**, a copy of which is attached and hereby served upon you.

BULLARO & CARTON, P.C.
200 North LaSalle Street
Suite 2500
Chicago, IL 60601
(312) 831-1000

### CERTIFICATE OF SERVICE

      I, Leeann J. Good, certify that I served the foregoing notice with attachments by mailing copies in an envelope addressed to the parties stated above and depositing the same in the U.S. Mail at 200 North LaSalle Street, Chicago, IL 60601, on July 9th, 2008, with proper postage prepaid.

      Under penalties as provided by law pursuant to 7356 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

                                                  /s/ Leeann J. Good

182-7833                           TAC:MTC                           #91438

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NORTH AMERICAN ELITE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 08-C-986 |
| ) | Judge Shadur |
| BOARD OF EDUCATION CITY OF CHICAGO, ) ) ) | |
| Defendant. ) | |

### STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, to the above entitled cause, through their respective Attorneys, that this case be dismissed without costs to either party, all matters of controversy having been settled.

**IT IS FURTHER STIPULATED** that said Dismissal shall be with prejudice and shall be a bar to the bringing of any action brought on or including a claim for which the action has been brought.

Dated: _July 1_, 2008.

_____
William A. Morgan
Board of Education City of Chicago

_____
Thomas A. Carton
**Bullaro & Carton, P.C.**
North American Elite Insurance Co.

**BULLARO & CARTON, P.C.**
200 North LaSalle Street, Suite 2500
Chicago, IL 60601
(312) 831-1000

-1-