182-7833 TAC/MTC #91438

## IN THE UNITED STAES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NORTH AMERICAN ELITE INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) ) BOARD OF EDUCATION CITY OF CHICAGO, ) ) Defendant. ) | No.: 08 C 986 Judge Shadur |

### NOTICE OF FILING

TO: William A. Morgan
Board of Education City of Chicago
Chicago, IL

On July 2, 2008, I shall cause to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the parties **Stipulation to Dismiss**, a copy of which is attached and hereby served upon you.

BULLARO & CARTON, P.C.
200 North LaSalle Street
Suite 2500
Chicago, IL 60601
(312) 831-1000

### CERTIFICATE OF SERVICE

I, Leeann J. Good, certify that I served the foregoing notice with attachments by mailing copies in an envelope addressed to the parties stated above and depositing the same in the U.S. Mail at 200 North LaSalle Street, Chicago, IL 60601, on July 9th, 2008, with proper postage prepaid.

Under penalties as provided by law pursuant to 7356 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

_____/s/_____
Leeann J. Good