UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

North American Elite Insurance Company
                                    Plaintiff,
v.                                                  Case No.: 1:08−cv−00986
                                                    Honorable Milton I. Shadur
Board Of Education City Of Chicago
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, July 9, 2008:

    MINUTE entry before the Honorable Milton I. Shadur:Civil case terminated. This action is hereby dismissed with prejudice. The July 10 status date is vacated.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.